**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 9, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00438-CV

## IN RE KIMBERLY DIANE PUCKETT SOLLEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569**

## MEMORANDUM OPINION

On May 21, 2013, relator Kimberly Diane Puckett Solley filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable

David Farr, presiding judge of the 312th District Court of Harris County to vacate his order granting protection from discovery.

Relator has not established entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.